```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 47445
   ROBERT S HIRSH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6614


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/28/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.15% from remaining funds.

     The case was paid in full 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
LVNV FUNDING LLC          UNSECURED         8997.64         .00          913.44
ECAST SETTLEMENT CORP     UNSECURED        10928.32         .00         1109.44
ECAST SETTLEMENT CORP     UNSECURED        10851.61         .00         1101.66
ECAST SETTLEMENT CORP     UNSECURED OTH     5178.71         .00          525.79
ECAST SETTLEMENT CORP     UNSECURED        11168.88         .00         1133.86
TIMOTHY K LIOU            DEBTOR ATTY      2,500.40                    2,500.40
TOM VAUGHN                TRUSTEE                                        419.41
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  7,704.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       4,784.19
ADMINISTRATIVE                                  2,500.40
TRUSTEE COMPENSATION                              419.41
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                   7,704.00               7,704.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 47445 ROBERT S HIRSH
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 47445 ROBERT S HIRSH